# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE SUCCESSION OF
MERRITT E. MCDONALD

NO.  2023 CW 0019

**MARCH 13, 2023**

---

In Re:  Kathleen  McDonald  Williams,  Maxee  McDonald  Pugh,
Aulick B.  Williams, III, David Bankston, Jr., applying
for  supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 106274.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_α.Sr()_

DEPUTY CLERK OF COURT
FOR THE COURT